IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02600-BNB

DARRIN CONTRERAS,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM

## ORDER OF DISMISSAL

Plaintiff, Darrin Contreras, is a prisoner in the custody of the Denver Sheriff's Department who currently is incarcerated at the Denver County Jail. He initiated this action by filing a "Motion for Writ of Habeas Corpus '1303'" on October 22, 2010.

In an order filed on October 25, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Contreras to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Contreras was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form. Mr. Contreras was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and a current certified copy of his prisoner's trust fund statement. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The October 25, 2010 order warned Mr. Contreras that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On November 8, 2010, Mr. Contreras filed an "Affidavit" and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On December 1, 2010, Mr. Contreras filed a second "Affidavit". Mr. Contreras, however, has failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form as directed by the June 14 Order. Therefore, Mr. Contreras has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Darrin Contreras, to comply with the order to cure dated October 25, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 7th day of December, 2010.

BY THE COURT:

_Zita Leeson Weinshienk_
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02600-BNB

Darrin Contreras
Prisoner No. 601469
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  December 8, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk