IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02600-ZLW

DARRIN CONTRERAS,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on Applicant's "Motion to Dismiss C.A.R. 21; '73, 18-1-405; Colo. R. Crim. P. Rul [sic] 48(b)," filed on December 13, 2010 (Doc. # 9). The Motion is DENIED as moot. This case was dismissed without prejudice for failure to cure by an order and a judgment filed in this action on December 8, 2010.

    Dated:  December 14, 2010

---